UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL WASHINGTON, as Administratrix of the ESTATE OF JOANNA GIULIA WASHINGTON<br>    Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC. d/b/a EVERGREEN HOUSE HEALTH CENTER<br>    Defendant | C.A. NO. 1:13-cv-00441-S-PAS |

## DISMISSAL STIPULATION

The parties to the above-referenced action hereby agree and stipulate that all claims against all parties shall be dismissed with prejudice, without costs, all rights of appeal being waived.

| | |
|---|---|
| The Plaintiff,<br>GAIL WASHINGTON, AS ADMINISTRATRIX OF THE ESTATE OF JOANNA GIULIA WASHINGTON,<br>By her Attorneys, | The Defendants,<br>LIFE CARE CENTERS OF AMERICA, INC. D/B/A EVERGREEN HOUSE HEALTH CENTER,<br>By its Attorneys, |
| /s/ *Jeffrey D. Sowa*<br>Jeffrey D. Sowa \| R.I. Bar No. 5764<br>LaPlante Sowa Goldman<br>67 Cedar Street<br>Providence, RI  02903<br>401.273.0200 \| 401.273.0250 - Fax | /s/ *Sheri L. Pizzi*<br>Sheri L. Pizzi \| R.I. Bar No. 5720<br>spizzi@bartongilman.com<br>Elizabeth R. Merritt \| R.I. Bar No. 7936<br>emerritt@bartongilman.com<br>BARTON GILMAN LLP<br>10 Dorrance Street, Suite 800<br>Providence, RI  02903<br>401.273.7171 \| 401.273.2904 – Fax |

## **CERTIFICATE OF SERVICE**

I, Sheri L. Pizzi, attorney for the defendant, Life Care Centers of America, Inc. d/b/a Evergreen House Health Center, hereby certify that on March 3, 2014, I served a copy of the foregoing by ECF/ECM electronic notice to Jeffrey D. Sowa, Esq. (jsowa@lsglaw.com).

                                                   */s/ Sheri L. Pizzi*
                                                 Sheri L. Pizzi